UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL ECKARD,<br><br>            Plaintiff,<br><br>      v.<br><br>GREGORY SCHALLER,<br><br>            Defendant. | CASE NO. C15-5296 BHS-KLS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION** |

Defendant's motion for summary judgment is currently noted for July 17, 2015. Dkt. 10. Plaintiff requests additional time to file his response. Dkt. 14. Defendant does not oppose a thirty day extension. Dkt. 15. Accordingly, it is **ORDERED:**

(1)   Plaintiff's motion for extension (Dkt. 14) is **GRANTED.**  Plaintiff shall file his response to Defendant's motion for summary judgment **by August 17, 2015.**

//

//

//

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION - 1

1  (2) The Clerk is directed to **re-note** Defendant's motion for summary judgment
2 (Dkt. 10) for **August 21, 2015** and to send a copy of this Order to Plaintiffs and counsel for
3 Defendant.

  Dated this 16th day of July, 2015.

  *Karen L. Strombom*
  Karen L. Strombom
  United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION - 2